# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| | 2007 JUL 16 P 3: 52 |
| v. | CASE NUMBER: 3:07-cr-39-J-33TEM |
| | USM NUMBER: |
| SHARON R. JONES | Defendant's Attorney: Lisa A. Call (pda) |

## THE DEFENDANT:

**X** admitted guilt to violation of charge number(s) **2, 3, 4, 5** of the term of supervision.

___ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Alleged new criminal conduct, making false statements occurring while on supervision in violation of the conditions of supervision | October 9, 2006 |
| 2 | Travel outside the district without permission in violation of Condition One (1) of the Standard Conditions of Supervision | October 9, 2006 |
| 3 | Travel outside the district without permission in violation of Condition One (1) of the Standard Conditions of Supervision | March 12, 2007 |
| 4 | Association with person convicted of a felony in violation of Condition Nine (9) of the Standard Conditions of Supervision | October 9, 2006 |
| 5 | Association with person convicted of a felony in violation of Condition Nine (9) of the Standard Conditions of Supervision | March 12, 2007 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**X** The defendant has not violated charge number(s) **1** and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 12, 2007

_/s/ Virginia M. Hernandez Covington_
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

DATE: July 13, 2007

Defendant: SHARON R. JONES
Case No.: 3:07-cr-39-J-33HTS

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS.

__X__ The Court makes the following recommendations to the Bureau of Prisons:
That the defendant not be placed at any facility in Tallahassee, Florida. However if the Bureau of Prisons are unable to accomodate this, that defendant be placed as close as possible to Valdosta, Georgia or Jacksonville, Florida.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.    p.m.    on _____.

   ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL